UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | CV 92-5420-TJH / CV 93-2951-TJH<br>CV 98-2722-TJH / CV 98-2723-TJH | Date | NOVEMBER 7, 2011 |
|---|---|---|---|

Title: DEATH PENALTY CASES
HORACE EDWARDS KELLY  v. MICHAEL MARTEL, WARDEN, ET AL
HORACE EDWARDS KELLY  v. ARTHUR CALDERON, WARDEN, ET AL
HORACE EDWARDS KELLY  v. EDDIE YLST, WARDEN, ET AL

Present: The Honorable   TERRY J. HATTER, JR., SENIOR UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | MELONI WARREN |
|---|---|
| Deputy Clerk | Court Recorder |

Attorneys Present for Plaintiffs:

Margo A. Rocconi, DFPD

Attorneys Present for Defendants:

Scott C. Taylor, via telephone
Lise S. Jacobson, via telephone

**Proceedings:**   STATUS CONFERENCE

The case is called and counsel state their appearance.  Status Conference is held.

The Court and counsel confer re the status of the case.  Following discussions with counsel, the Court advises counsel that the Petitioner's unopposed Ex Parte application for briefing schedule is granted.  A written order will issue.

IT IS SO ORDERED.


cc: all parties,  Death Penalty H/C (Law Clerks)

: **06**

CV-90 (12/02)                           **CIVIL MINUTES - GENERAL**                      Initials of Deputy Clerk ys